■ F. F. SHORE & Co., INC., et al., Respondents, v. ALLAN J. ROMANER et al., Appellants.— In an action for rescission of the sale of a business and for other relief, the appeal is from an order enjoining *pendente lite,* on conditions, the disposal of promissory notes constituting part of the purchase price and collateral. Order affirmed, with $10 costs and disbursements. The injunction comes within the scope of section 878 of the Civil Practice Act if the disposition of the notes would tend to render the judgment ineffectual. (*Ocorr* v. *Lynn,* 105 Misc. 489; cf. *Babho Realty Co.* v. *Feffer,* 230 App. Div. 866.) Nolan, P. J., Wenzel, Murphy and Ughetta, JJ., concur; Beldock, J., not voting.